UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTIECE JONES,

        Plaintiff,        Case No. 2:24-cv-10276

v.        Honorable Susan K. DeClercq
        United States District Judge

HOSPITALITY STAFFING, D/B/A
FIRST HOSPITALITY,

        Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY (ECF No. 28), DIRECTING PLAINTIFF TO FILE PROPOSED REASONABLE DISCOVERY ACCOMODATIONS, AND VACATING SCHEDULING ORDER (ECF Nos. 20; 26; 29)**

On March 14, 2025, Defendant Hospitality Staffing filed a motion to compel Plaintiff Littiece Jones to "provide full, complete, supplemental responses" to Defendant's First Interrogatories and First Request for Production. ECF No. 28 at PageID.124. On April 30, 2025, this Court held a hearing on Defendant's Motion. ECF No. 32.

For the reasons stated on the record during the hearing Defendant's Motion to Compel will be granted to the extent that Plaintiff must provide full, complete, supplemental responses to Defendant's First Interrogatories and First Request for Productions. However, as discussed at the hearing, Plaintiff has requested accommodations to produce such discovery responses due to her purported

disability. Plaintiff also has not yet appeared for an oral deposition and expressed a need for accommodations at her deposition, as well. So, as discussed at the hearing, Plaintiff will be provided 30 days to propose reasonable accommodations for her discovery-production and deposition obligations. Defendant will be given an opportunity to respond to Plaintiff's proposed accommodations, and then this Court will determine whether Plaintiff's proposed accommodations are indeed reasonable and issue a new scheduling order at that time. If Plaintiff does not propose reasonable accommodations for her participation in discovery, including her deposition, within 30 days, her case may be dismissed for failure to prosecute.

Accordingly, it is **ORDERED** that the Defendant's Motion to Compel, ECF No. 28, is **GRANTED** to the extent Plaintiff must respond in full to Defendant's discovery requests.

Further, it is **ORDERED** that Plaintiff is **DIRECTED** to send an e-mail to the Court and Defense Counsel **on or before May 30, 2025**, detailing her proposed discovery and deposition accommodations. Defendant may respond via e-mail to Plaintiff's proposed accommodations within 14 days of Plaintiff's initial e-mail. Plaintiff may reply via e-mail to Defendant's e-mail response within seven days of Defendant's response. Plaintiff is **NOTICED** that if she fails to submit proposed discovery and deposition accommodations, this case may be dismissed for failure to prosecute.

- 3 -

Further, it is **ORDERED** that the Court's Phase I Scheduling Order, *see* ECF Nos. 20; 26; 29, is **VACATED**. A new Phase I Scheduling Order will be issued after consideration of Plaintiff's proposed discovery and deposition accommodations.

**This is not a final order and does not close the above-captioned case.**

                                                */s/Susan K. DeClercq*
                                                SUSAN K. DeCLERCQ
                                                United States District Judge

Dated: May 2, 2025