UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTIECE JONES,

        Plaintiff,

v.

HOSPITALITY STAFFING, D/B/A
FIRST HOSPITALITY,

        Defendant.
_____/

Case No. 2:24-cv-10276

Honorable Susan K. DeClercq
United States District Judge

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EMERGENCY MOTION REQUESTING STANDING ORDER FOR PRO SE SEALED E-FILINGS, MEDIA SUBMISSIONS WITH TRANSCRIPT DEADLINES, ADA ACCOMMODATION PROCESS INSTRUCTIONS, AND E-FILING ACCESS (ECF No. 45)**

On October 22, 2025, Plaintiff Littiece Jones filed a motion titled "Emergency Motion Requesting Standing Order for Pro Se Sealed E-Filings, Media Submissions with Transcript Deadlines, ADA Accommodation Process Instructions, and E-Filing Access." ECF No. 45 at PageID.391. In this motion, Jones seeks a "standing order" that (1) permits Jones to electronically file documents under seal; (2) provides written instructions outlining the ADA accommodation process; and (3) permits Jones to file audio or video evidence and file the corresponding transcripts within 30 days of submission of the audio or video file. *Id.* at PageID.391–92.

Jones's motion will be denied for several reasons. Importantly, she has not

shown good cause for this Court to relieve her from the Local Rules regarding the procedures to file sealed exhibits and upload media files. *See* E.D. Mich. LR 5.3(b)(3)(A). And to the extent Jones seeks guidance on the ADA accommodation process and necessary verification forms, Jones may access information about Court-provided accommodations without a court order. Indeed, she may access such information at https://www.mied.uscourts.gov/index.cfm?pageFunction=Accommodations. She may also contact the Court's Access Coordinator at (313) 234-5051 or at access_coordinator@mied.uscourts.gov if she wishes to do so.

Thus, Jones's motion will be denied without prejudice.

Accordingly, it is **ORDERED** that Jones's "Emergency Motion Requesting Standing Order for Pro Se Sealed E-Filings, Media Submissions with Transcript Deadlines, ADA Accommodation Process Instructions, and E-Filing Access," ECF No. 45, is **DENIED WITHOUT PREJUDICE**.

**This is not a final order and does not close the above-captioned case.**

                                                 */s/Susan K. DeClercq*
                                                 SUSAN K. DeCLERCQ
                                                 United States District Judge

Dated: November 5, 2025